AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
SEP 23 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  **19MJ4128**
Julian Antonio SANDOVAL-SALAS, )
Date of Birth: December 30, 1993 )
California Driver's License Number: E2090390 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein)

located in the ____Southern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Secs. 922(g), 924(c) | Felon in Possession of Ammunition/Firearm; Possessing Firearm in Furtherance of Drug Trafficking |

The application is based on these facts:

See attached Affidavit (incorporated herein)

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Daniel Nickel, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/23/2019

_____
Judge's signature

City and state: San Diego, California     Hon. F.A. Gossett, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Julian Antonio SANDOVAL-SALAS,<br>Date of Birth: December 30, 1993,<br>California Driver's License Number:<br>E2090390 | **AFFIDAVIT OF TASK FORCE OFFICER DANIEL NICKEL IN SUPPORT OF SEARCH WARRANT** |

## AFFIDAVIT

I, Daniel Nickel, a Task Force Officer (TFO) with the United States Department of Justice, Drug Enforcement Administration (DEA), having been duly sworn, depose and state as follows:

### I.
### INTRODUCTION

1. I make this affidavit in support of an application for a warrant to search the following person:

    a. Julian Antonio SANDOVAL-SALAS, further described in Attachment A (the **Target Person**)

for the purposes of collecting saliva and buccal cell samples for deoxyribonucleic acid (DNA) analysis and comparison DNA as described in Attachment B, as evidence of violations of federal criminal law, namely, Title 18, United States Code, Section 922(g), Felon in Possession of Ammunition and a Firearm; and Title 18 United States Code, Section 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Offence (the **Target Offenses**).

2. DNA sought as described in Attachment B is evidence of the crimes being investigated because it will allow agents to more conclusively determine the owner(s)/possessor(s) of a 308 Polytech Rifle and a 20-round magazine found in SANDOVAL-SALASs' residence during the execution of a federal search warrant (19mj3456) by NTF Team 2 on August 23, 2019, as described in detail below.

3. The search of the **Target Person** supports an investigation and prosecution of SANDOVAL-SALAS for the Target Offenses. Based on the information below, there is probable cause to believe that a search of the **Target Person**, as described in Attachment A will produce evidence of the Target Offenses, as described in Attachment B.

4. My knowledge of the facts alleged in this affidavit arises from my training and experience and my reviews of documents and reports prepared during the course of this investigation. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the Application for a Search Warrant for the collection of saliva and buccal cell samples for DNA analysis and comparison, it does not contain all of the information known to myself or other agents regarding this investigation, but only contains those facts believed to be necessary to establish requisite probable cause.

## II.
## AFFIANT'S EXPERIENCE AND TRAINING

5. I am a Detective with the San Diego County Sheriff's Department (SDSD) and cross-sworn, Task Force Officer (TFO) currently assigned to the Drug Enforcement Administration (DEA), Narcotic Task Force (NTF) for almost nine years. I have been employed with the San Diego County Sheriff's Department for over twenty years, the last twelve as a Detective. Prior to NTF, I was assigned to the Vista Street Narcotic and Gang Detail (SNGD) for about three years.

6. I have had extensive training in the investigation of drug related crimes and the enforcement of laws concerning controlled substances as found in Title 21

United States Code and the California Health and Safety Code. During my law enforcement career, I have investigated illicit controlled substance trafficking: to include the importation, distribution, manufacture and cultivation of illegal substances, including heroin, methamphetamine, cocaine, fentanyl, marijuana and prescription medications. During the last nine years, I have been involved in investigating Narcotics Trafficking Organizations (NTO).

7. I am currently assigned to the San Diego Integrated Regional Narcotic Task Force (NTF), which consists of Federal Agents and local Peace Officers from San Diego County and is located at the DEA San Diego Field Division. I have been so assigned for almost nine years. During this time, I have investigated illicit controlled substance trafficking in San Diego and surrounding areas. In the course of my employment I have made in excess of 300 arrests for violations involving such controlled substances. I have become familiar with the ordinary meaning of controlled substance slang and jargon, and I am familiar with the manners and techniques of manufacturers and traffickers in controlled substances as practiced locally.

8. My training, experience, participation in other narcotic investigations as a Detective for the San Diego County Sheriff's Department and Task Force Officer for DEA, and my extensive discussions with experienced agents of the DEA, the Federal Bureau of Investigation (FBI), the United States Customs Service (USCS), and local law enforcement agencies, form the basis of the opinions and conclusions set forth below, which I drew from the facts set forth herein.

9. In preparing this affidavit, I have conferred with other special agents and law enforcement officers, and the facts and opinions below are shared by them. Furthermore, I have personal knowledge of the following facts or have been informed of them by persons mentioned below.

10. I am a federal law enforcement officer within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am authorized under Rule 41(a) to make applications for search and seizure warrants. I am authorized to

investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

11. I have learned that due to the DNA testing analysis having to be conducted by the SDSD Regional Crime Laboratory, another representative saliva and buccal cell sample will be needed as they (the SDSD Regional Crime Laboratory) do not have access to the Federal Combined DNA Index System (CODIS). It has been explained to me that CODIS exists at three levels to include Federal, State and County/Local. As a result, despite having likely already been swabbed for saliva and buccal cell samples during his booking process at MCC, the SDSD Regional Crime Laboratory would not be able to access SANDOVAL-SALAS's DNA profile from the Federal CODIS as the three systems do not allow for transfer of DNA profiles. Further, the SDSD Regional Crime Laboratory requests a local sample be taken so that their certified Criminalists may testify locally in any court proceedings.

12. Based on my training and experience, it is my opinion that the **Target Person** will provide additional evidence, including evidence as to the identity of the owner(s)/possessor(s) of the rifle found in SANDOVAL-SALAS' residence as described in detail below.

### III.
### STATEMENT OF PROBABLE CAUSE

13. On August 14, 2019, United States Magistrate Judge Goddard signed a warrant authorizing the search of SANDOVAL-SALAS's residence on Newton Avenue (the Target Residence) and his 2011 Chevrolet Malibu bearing California license plate 6STU547 (Case No. 19mj3456).

14. On August 23, 2019, at approximately 6:30 a.m., agents and officers established surveillance outside the Target Residence in preparation to execute the search warrant. At approximately 11:00 a.m., Special Agent Morimoto observed SANDOVAL-SALAS drive up to the Target Residence in the Chevrolet Malibu, but then SANDOVAL-SALAS backed up and parked nearby on S. 44th Street. I contacted

SANDOVAL-SALAS after he exited the vehicle and placed him under arrest for a violation of Title 21, United States Code, Section 841.

15. I searched SANDOVAL-SALAS incident to his arrest and discovered a plastic baggie containing a white powdery substance in the back left pocket of his jeans. Another plastic baggie with a white powdery substance was found inside SANDOVAL-SALAS's wallet, which was inside his back right jeans pocket. These substances weighed a total of approximately 32.0 grams and the field tests were inconclusive.

16. At approximately 11:15 a.m., DEA agents and officers executed the search warrant (19mj3456) on the Target Residence. Upon entering the Target Residence, agents and officers encountered a female, F.S., sitting at a table downstairs. F.S. was later identified as SANDOVAL-SALAS's mother. They also encountered a male, A.A., sitting on the downstairs couch. A.A. is believed to be a friend of SANDOVAL-SALAS's sister. SANDOVAL-SALAS's sister, W.S., was upstairs when officers entered the house and voluntarily came downstairs and was detained during the search.

17. Officers Espiritu and Shadoan conducted a search of SANDOVAL-SALAS's bedroom. Inside, they found a grocery bag on the nightstand. Inside, were two bindles containing a white powdery substance, a black digital scale, a box of sandwich bags, a bag containing smaller one inch by one inch plastic baggies, and a gold Visa Debit Card with a white powdery residue on it. The white powdery substance field tested positive for the properties of cocaine and weighed approximately 49 grams. During the search of SANDOVAL-SALAS's room, officers and agents found documents confirming SANDOVAL-SALAS's dominion over the room, including paperwork for a motorcycle registration with his name.

18. Agents and officers also searched a white dresser located in the Target Residence's garage. In the third drawer of the dresser, agents and officers discovered two plastic baggies containing a black tar like substance. Officer Espiritu field tested the substance and it tested positive for the properties of heroin. The substance had a gross weight of approximately 451 grams. Based on my training and experience, 451

grams of heroin is a distributable amount and not an amount typically possessed merely for personal use. Agents and officers also discovered nine blue pills in the dresser that each contained a "30" on one side and an "M" on the other side. In the top drawer of the dresser, agents and officers discovered two boxes of Federal 40 caliber S&W 180 grain rounds. The boxes contained a total of 81 rounds.

19. In a green dresser in the garage, agents and officers located a plastic grocery bag containing a white powdery substance. The substance weighed a total of approximately 35.4 grams and the field tests were inconclusive.

20. In the Southeast corner of the garage, agents and officers discovered a 308 Polytech China rifle and a 20 round magazine. The rifle had a serial number of 04547.

21. Since that time, the above-described firearm seized from SANDOVAL-SALAS has remained in evidence at the San Diego County Sheriff's Department (SDSD) Regional Crime Laboratory in order to undergo DNA testing.

## IV.

## DNA SWABBING

22. DNA molecules are contained within human cells and hold the genetic coding that makes each of us individually distinctive (except identical twins). While DNA technology cannot yet discriminate among human beings to the same extent as fingerprint evidence can, it is capable of identification within a very small percent of population depending on the type of analysis employed. The requested saliva and buccal samples are necessary for analysis for evidentiary purposes. Such samples may be analyzed using more traditional scientific techniques. Samples taken from the Defendant as described more fully above will be compared against any samples recovered from the Polytech China, 308 caliber rifle with a 21 inch barrel (Serial Number: 04547), its accompanying 20-round magazine, or the plastic wrapped around them at the time they were seized.

23. Therefore, based on my training and experience and the above facts, I believe that I have substantial cause to believe the above described person, or portion thereof, will be at the above described premises when the warrant is served.

24. With the approval of the Court in signing this warrant, agents executing this search warrant will employ the following procedures pursuant to this warrant: DEA investigators and/or U.S. Marshal personnel will employ the least intrusive means possible by swabbing the interior of the mouth of the Defendant listed in Attachment A with cotton swabs. DEA agents and/or U.S. Marshal personnel will collect saliva and buccal cell samples from the person described in Attachment A, for evidence described in Attachment B. The collected samples will then be transported to the SDSD Regional Crime Lab for DNA analysis.

## V.

## CONCLUSION

25. Based on all of the facts and circumstances described above, my experience and training, a review of the documents and other relevant information I believe to be reliable, and discussions with other law enforcement officers, I believe that probable cause exists to conclude that violations of federal law, namely, the Target Offenses, as described in Attachment B, will be found on the **Target Person**, as described in Attachment A.

//
//
//
//
//
//
//
//
//

26. Therefore, I respectfully request the Court issue a warrant authorizing DEA SAs and/or other federal and state law enforcement officers, including SDSD Criminalists, trained in DNA swabbing, to search the persons described in Attachment A and the seizure of items listed in Attachment B, using the methodology described above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Task Force Officer Daniel Nickel
Drug Enforcement Administration

Sworn to and subscribed before me this __23__ day of September, 2019.

HON. F.A. GOSSETT
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## PERSON TO BE SEARCHED

The person to be searched in connection with an investigation of violations of Title 18, United States Code, Section 922(g) (Felon in Possession of Ammunition and/or a Firearm); and Title 18, United States Code, Section 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Offense).

>Julian Antonio SANDOVAL-SALAS,
>Date of Birth: December 30, 1993
>California Driver's License Number: E2090390
>(Photograph Attached)
>(**"Target Person"**)




The **Target Person** is currently in the custody of the U.S. Bureau of Prisons (BOP) under register number 37942-298.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

Collect DNA sample, to include a saliva and buccal swab sample, from Julian Antonio SANDOVAL-SALAS, the **Target Person**, as described in Attachment A, to be taken by DEA Special Agents (SAs) and/or other federal and state law enforcement officers, including San Diego County Sheriff's Department (SDSD) Criminalists, trained in DNA swabbing, by swabbing the interior of the mouth with cotton swabs.